

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-16-00065-CV

Hugo Xavier **DE LOS SANTOS**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20086
The Honorable Tonya Parker, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Irene Rios, Justice

The panel has considered the appellant's motion for rehearing and the motion is DENIED.

_____
Irene Rios, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk